Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRIA ALVAREZ, *individually and on behalf of all those similarly situated,* | **Case No.: 8:25-cv-00079-CBM-DFM** |
| Plaintiff, | |
| vs. | **Judge Consuelo B. Marshall** |
| SEATED INC, | |
| Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Alexandria Alvarez, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

1

2    Dated: March 3, 2025

3                                                      Respectfully Submitted,

4                                                      /s/ Gerald D. Lane, Jr.
                                                       **GERALD D. LANE, JR., ESQ.**
5                                                      California Bar No.: 352470
                                                       E-mail: gerald@jibraellaw.com
6                                                      The Law Offices of Jibrael S. Hindi
                                                       1515 NE 26th Street
7                                                      Wilton Manors, FL 33305
                                                       Phone: (754) 444-7539
8
                                                       *Counsel for Plaintiff*
9

10                          **CERTIFICATE OF SERVICE**

11          The undersigned hereby certifies that on March 3, 2025, the foregoing was

12   electronically filed with the Clerk of the Court using the CM/ECF system which will send a

13   notice of electronic filing to all counsel of record.

14          /s/ Gerald D. Lane, Jr.
            GERALD D. LANE, JR., ESQ.
15          California Bar No.: 352470

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2
                            Notice of Voluntary Dismissal